# EXHIBIT 4

# EXHIBIT 4-A
## MOE'S POP-UP FACEBOOK PAGE

**EX. 4-A: MOE'S POP-UP FACEBOOK PAGE**





Ex. 4-A: Page 1 of 8

**Ex. 4 -A: Moe's Pop-Up Facebook Page [cont'd.]**





**Ex. 4 -A: Moe's Pop-Up Facebook Page [cont'd.]**





Ex. 4 -A: Moe's Pop-Up Facebook Page [cont'd.]





Ex. 4-A: Page 4 of 8

**Ex. 4 -A: Moe's Pop-Up Facebook Page [cont'd.]**





Ex. 4-A: Page 5 of 8

Ex. 4 -A: Moe's Pop-Up Facebook Page [cont'd.]





Ex. 4-A: Page 6 of 8

**EX. 4 -A: MOE'S POP-UP FACEBOOK PAGE [CONT'D.]**





Ex. 4-A: Page 7 of 8

**Ex. 4 -A: Moe's Pop-Up Facebook Page [cont'd.]**





Ex. 4-A: Page 8 of 8

# EXHIBIT 4-B
## JMC POP UPS FACEBOOK PAGE

**EX. 4-B: JMC POP UPS FACEBOOK PAGE**





Ex. 4-B: Page 1 of 1

# EXHIBIT 4-C

## JOE MCCULLOUGH FACEBOOK PAGE

## EX. 4 -C: JOE MCCULLOUGH FACEBOOK PAGE



Ex. 4-C: Page 1 of 4

**Ex. 4 -C: Joe McCullough Facebook Page [cont'd.]**



Ex. 4-C: Page 2 of 4

**EX. 4 -C: JOE MCCULLOUGH FACEBOOK PAGE [CONT'D.]**





Ex. 4-C: Page 3 of 4

## Ex. 4 -C: Joe McCullough Facebook Page [cont'd.]



Ex. 4-C: Page 4 of 4

# EXHIBIT 4-D

SAMANTHA (SAM) SHUTTER FACEBOOK PAGE

**Ex. 4 -D: Samantha (Sam) Shutter Facebook Page**



Ex. 4-D: Page 1 of 1