AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-3021

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph McCullough

was received by me on *(date)* 07/18/2024

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Accepted by wife, Lori at 3:50 P.M. at 38 Carriage Drive, Media, PA 19063 , a person of suitable age and discretion who resides there, on *(date)* 07/20/2024 , ~~and mailed a copy to the individual's last known address;~~ or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/23/24

*Server's signature*

Gavin Rogers / Process Server
*Printed name and title*

2142 South Broad Street, Lower Level
Philadelphia, PA 19145
*Server's address*

Additional information regarding attempted service, etc:

Description: White female, 40 years old, 5'8", 175lbs, black hair