AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-3021

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Samantha Shutter

was received by me on *(date)*  07/31/2024

☒ I personally served the summons on the individual at *(place)*  Hand delivered. Personally served Samantha Shutter at 7:48pm

at 801 Yale Avenue, Apt. 721, Swarthmore, PA 19081  on *(date)*  07/31/2024  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date:  8/6/24

*Server's signature*

Tiffany Zalas / Process Server
*Printed name and title*

2142 South Broad Street, Lower Level
Philadelphia, PA 19145

*Server's address*

Additional information regarding attempted service, etc:

Description: White female, 60-65 years old, 5'9", 150lbs, White hair with pink streaks