UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION<br><br>*Plaintiff,*<br><br>v.<br><br>JMC POP UPS LLC,<br>JOSEPH MCCULLOUGH,<br>AND SAMANTHA SHUTTER,<br><br>*Defendants.* | CIVIL ACTION NO. 24-CV-03021-PD |

## **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Twentieth Century Fox Film Corporation ("Plaintiff"), by and through its undersigned attorney, hereby respectfully moves this Court to: (1) enter Judgment by Default against Defendants JMC Pop Ups LLC ("Defendant JPL"), Joseph McCullough ("Defendant McCullough"), and Samantha Shutter ("Defendant Shutter") (collectively, "Defendants"); (2) permanently enjoin Defendants from further infringing upon the copyrighted works and trademarked properties associated with Plaintiff's *The Simpsons* and *Bob's Burgers* television programs; (3) award statutory damages against Defendants and in favor of Plaintiff; and (4) award Plaintiff its reasonable attorneys' fees and costs, pursuant to Fed. R. Civ. P. 55(b)(2) and Plaintiff's Memorandum of Law in Support of Motion for Default Judgement,

which is incorporated herein by reference.

                                                                        */s/ Hara K. Jacobs*
Hara K. Jacobs
Noah Robbins
ID Nos.: 74832, Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8209
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

Michael W. O. Holihan
Florida Bar No.: 0782165
Kimberly A. Harchuck
Florida Bar No.: 0064852
Holihan & Harchuck
1101 N. Lake Destiny Rd., Ste. 400
Maitland, Florida 32751
Telephone: (407) 660-8575
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Plaintiff

2