# EXHIBIT 1

# EXHIBIT 1-A
## Plaintiff's Copyright Registration Index – The Simpsons

**Ex. 1-A: Plaintiff's Copyright Registration Index – The Simpsons**

| Title of Work | Copyright Reg. No. | Character | Type of Work |
|---|---|---|---|
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Apu Nahasapeemapetilon | Style Guide (p.64) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Barney Gumble | Style Guide (p.67) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Bart Simpson | Style Guide (p.23) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Carl Carlson | Style Guide (p.79) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Chief Wiggum | Style Guide (p.81) |

**Ex. 1-A: Plaintiff's Copyright Registration Index – The Simpsons [cont'd.]**

| Title of Work | Copyright Reg. No. | Character | Type of Work |
|---|---|---|---|
| The Simpsons Duff Beer Style Guide | VA 2-315-864 | Duff Beer | Style Guide (p.5) |
| The Simpsons Duff Beer Style Guide | VA 2-315-864 | Duff Beer Bottle | Style Guide (p.4) |
| The Simpsons Duff Beer Style Guide | VA 2-315-864 | Duff Beer Can | Style Guide (p.4) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Duffman | Style Guide (p.99) |
| The Simpsons Series - Flaming Moe's Episode | PA 522-845 | Flaming Moe Drink | Television Motion Picture |

**EX. 1-A: PLAINTIFF'S COPYRIGHT REGISTRATION INDEX – THE SIMPSONS [CONT'D.]**

| TITLE OF WORK | COPYRIGHT REG. NO. | CHARACTER | TYPE OF WORK |
|---|---|---|---|
| The Simpsons Series - Flaming Moe's Episode | PA 522-845 | Flaming Moe's Exterior Sign | Television Motion Picture |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Homer Simpson | Style Guide (p.6) |
| The Simpsons Series – Another Simpsons Clip Show Episode | PA 728-091 | "I choo- choo- choose you" Valentine | Style Guide (p.311) |
| The Simpsons Series - Another Simpsons Clip Show Episode | PA 728-091 | "I choo- choo- choose you" Valentine | Television Motion Picture |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Kang and Kodos | Style Guide (p.128) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Krusty Burger | Style Guide (p.499) |

**Ex. 1-A: Plaintiff's Copyright Registration Index – The Simpsons [cont'd.]**

| Title of Work | Copyright Reg. No. | Character | Type of Work |
|---|---|---|---|
| Krusty the Clown Style Guide (2015) | VA 1-984-147 | Krusty Burger Theme | Style Guide (p.41) |
| Krusty the Clown Style Guide (2015) | VA 1-984-147 | Krusty Endorsement Theme | Style Guide (p.30) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Krusty the Clown | Style Guide (p.133) |
| The Simpsons Series- Flaming Moe's Episode | PA 522-845 | Krusty's Non-Narkotic Kough Syrup for Kids | Television Motion Picture |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Lard Lad Donuts | Style Guide (p.501) |

**Ex. 1-A: Plaintiff's Copyright Registration Index – The Simpsons [cont'd.]**

| Title of Work | Copyright Reg. No. | Character | Type of Work |
|---|---|---|---|
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Lenny Leonard | Style Guide (p.139) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Lisa Simpson | Style Guide (p.34) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Maggie Simpson | Style Guide (p.43) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Marge Simpson | Style Guide (p.17) |

**Ex. 1-A: Plaintiff's Copyright Registration Index – The Simpsons [cont'd.]**

| Title of Work | Copyright Reg. No. | Character | Type of Work |
|---|---|---|---|
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Mayor Quimby | Style Guide (p.149) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Milhouse Van Houten | Style Guide (p.151) |
| The Simpsons Series – Flaming Moe Episode | PA 1-718-037 | Mo's | Television Motion Picture |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Moe Szyslak | Style Guide (p.156) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Moe's Tavern | Style Guide (p.507) |
| The Simpsons Series - It's a Blunderful Life Episode | PA 2-446-374 | Moe's Tavern | Television Motion Picture |
| The Simpsons Series - Simpsons Roasting on an Open Fire Episode | PA 453-196 | Moe's Tavern | Television Motion Picture |

**Ex. 1-A: Plaintiff's Copyright Registration Index – The Simpsons [cont'd.]**

| Title of Work | Copyright Reg. No. | Character | Type of Work |
|---|---|---|---|
| The Simpsons Series - Dancing Homer Episode | PA 504-186 | Moe's Tavern Exterior | Television Motion Picture |
| The Simpsons Series - Homer's Triple Bypass Episode | PA 601-152 | Moe's Tavern Interior | Television Motion Picture |
| The Simpsons Series - Dog of Death Episode | PA 555-250 | Moe's Tavern Interior – "Beer is the Answer" Sign | Television Motion Picture |
| The Simpsons Series - Team Homer Episode | PA 766-386 | Moe's Tavern Interior - Cigarette Machine | Television Motion Picture |
| The Simpsons Series - Flaming Moe's Episode | PA 522-845 | Moe's Tavern Interior - "Homer Peering Through Window" | Television Motion Picture |
| The Simpsons Series - Mommie Beerest Episode | PA 1-251-051 | Moe's Tavern Interior – Jar of Pickled Eggs | Television Motion Picture |
| The Simpsons Series- Flaming Moe's Episode | PA 522-845 | Moe's Tavern Interior – "Love Tester" | Television Motion Picture |
| The Simpsons Series - The Homer They Fall Episode | PA 806-030 | Moe's Tavern Interior - Moe's Office in Women's Restroom | Television Motion Picture |
| The Simpsons Series - Team Homer Episode | PA 766-386 | Moe's Tavern Interior – Pool Table | Television Motion Picture |
| The Simpsons Series - Mommie Beerest Episode | PA 1-251-051 | Moe's Tavern Interior - Springfield Sports Teams Wall Pennants | Television Motion Picture |

**Ex. 1-A: Plaintiff's Copyright Registration Index – The Simpsons [cont'd.]**

| TITLE OF WORK | COPYRIGHT REG. NO. | CHARACTER | TYPE OF WORK |
|---|---|---|---|
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Montgomery Burns | Style Guide (p.159) |
| The Simpsons Series - Mommie Beerest Episode | PA 1-251-051 | Nag and Weasel | Television Motion Picture |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Ned Flanders | Style Guide (p.164) |
| The Simpsons Series - Homer Alone Episode | PA 552-200 | Phineas Q. Butterfat's Ice Cream Parlor | Television Motion Picture |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Principal Skinner | Style Guide (p.180) |

**EX. 1-A: PLAINTIFF'S COPYRIGHT REGISTRATION INDEX – THE SIMPSONS [CONT'D.]**

| TITLE OF WORK | COPYRIGHT REG. NO. | CHARACTER | TYPE OF WORK |
|---|---|---|---|
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Sideshow Bob | Style Guide (p.203) |
| The Simpsons Movie | PA 1-382-125 | Spider-Pig | Feature Motion Picture |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Springfield Elementary | Style Guide (p.502) |
| The Simpsons: Core Guide 2018 | VA 2-191-516 | Springfield Nuclear Power Plant | Style Guide (p.504) |
| The Simpsons Series - Bart Sells His Soul Episode | PA 766-385 | Uncle Moe's Family Feedbag | Television Motion Picture |

# EXHIBIT 1-B
## PLAINTIFF'S COPYRIGHT REGISTRATION INDEX – BOB'S BURGERS

EX. 1-B: PLAINTIFF'S COPYRIGHT REGISTRATION INDEX – BOB'S BURGERS

| TITLE OF WORK | COPYRIGHT REG. NO. | CHARACTER | TYPE OF WORK |
|---|---|---|---|
| Bob's Burgers – 2018 Core Style Guide | VA 2-119-315 | Bob Belcher | TV-Style Guide |
| Bob's Burgers – 2018 Core Style Guide | VA 2-119-315 | Bob's Burgers | TV-Style Guide |
| Bob's Burgers – 2018 Core Style Guide | VA 2-119-315 | Gene Belcher | TV-Style Guide |
| Bob's Burgers – 2018 Core Style Guide | VA 2-119-315 | Linda Belcher | TV- Style Guide |
| Bob's Burgers – 2018 Core Style Guide | VA 2-119-315 | Louise Belcher | TV-Style Guide |
| Bob's Burgers – 2018 Core Style Guide | VA 2-119-315 | Tina Belcher | TV- Style Guide |