# EXHIBIT 2

# EXHIBIT 2-A

## PLAINTIFF'S TRADEMARK REGISTRATION INDEX – THE SIMPSONS

## EX. 2-A: PLAINTIFF'S TRADEMARK REGISTRATION INDEX - THE SIMPSONS

| MARK | TRADEMARK REG. NO. | DATE OF ISSUANCE | INTERNATIONAL CLASS |
|---|---|---|---|
| BART SIMPSON | 1861047 | Nov. 1, 1994 | 28 |
| DUFF | 3486187 | Aug. 12, 2008 | 32 |
| DUFF | 4566718 | July 15, 2014 | 32 |
| DUFF BEER | 3697265 | May 15, 2006 | 25 |
| KRUSTY BURGER | 5099931 | Dec. 13, 2016 | 43 |
| KRUSTY BURGER | 5099932 | Dec. 13, 2016 | 30 |
| THE SIMPSONS | 1773051 | May 25, 1993 | 25 |
| THE SIMPSONS | 5311562 | Oct. 17, 2017 | 18 |

# EXHIBIT 2-B

## PLAINTIFF'S TRADEMARK REGISTRATION INDEX – BOB'S BURGERS

**EX. 2-B: PLAINTIFF'S TRADEMARK REGISTRATION INDEX – BOB'S BURGERS**

| MARK | TRADEMARK REG. NO. | DATE OF ISSUANCE | INTERNATIONAL CLASS |
|---|---|---|---|
| BOB'S BURGERS | 4254298 | Dec. 4, 2012 | 009 |
| BOB'S BURGERS | 4351191 | Jun. 11, 2013 | 25 |
| BOB'S BURGERS | 3926694 | Mar. 01, 2011 | 41 |