UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION<br><br>*Plaintiff,*<br><br>v.<br><br>JMC POP UPS LLC, JOSEPH MCCULLOUGH, AND SAMANTHA SHUTTER,<br><br>*Defendants.* | CIVIL ACTION NO. 24-CV-03021-PD |

### DECLARATION OF HARA K. JACOBS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, Hara K. Jacobs, declare:

1. I am an attorney at law licensed to practice before the Courts of the Commonwealth of Pennsylvania and this United States District Court. I am a partner in the law firm of Ballard Spahr LLP, attorneys for Twentieth Century Fox Film Corporation ("Plaintiff"). Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On July 11, 2024, Plaintiff filed the Complaint in this case against JMC Pop Ups LLC ("Defendant JPL"), Joseph McCullough ("Defendant

McCullough"), and Samantha Shutter ("Defendant Shutter") (collectively, "Defendants").

3. True and correct copies of the returns of service have been filed with the Court reflecting the following:

    a. Defendant JPL was served with the Summons and Complaint by serving the Summons on an agent in charge, Lori McCullough, on July 20, 2024. Dkt. No. 6.

    b. Defendant McCullough was served with the Summons and Complaint by leaving a copy of the Summons with his wife, Lori McCullough, at their residence on July 20, 2024. Dkt. No. 7.

    c. Defendant Shutter was served with the Summons and Complaint by personal service at her residence on July 31, 2024. Dkt. No. 8.

4. More than 20 days have elapsed since the respective dates on which service of the Summons and Complaint were effective for each of the Defendants.

5. Neither Plaintiff nor the Court have granted Defendants any extension of time to respond to the Complaint, nor have Defendants requested any extension from Plaintiff or the Court.

6. Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

7.     I am informed and believe that none of the Defendants are infants or incompetent persons.

8.     I am informed and believe that none of the Defendants are currently serving in the United States military.

9.     On August 26, 2024, Plaintiff filed a Request for Default against all Defendants. Dkt. No. 9. That same day, Robert Fehrle, the Deputy Clerk, acting on behalf of the Clerk of Court, George Wylesol, entered default against Defendants pursuant to Federal Rule of Civil Procedure 55(a) for failure to plead or otherwise defend. Dkt. No. 10.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: March 26, 2025          Respectfully submitted,

                                                 */s/ Hara K. Jacobs*
                                                 Hara K. Jacobs