# EXHIBIT B-1
## PLAINTIFF'S COPYRIGHT COMPARISON CHART

# EXHIBIT B-1(a)

## PLAINTIFF'S COPYRIGHT COMPARISON CHART – *THE SIMPSONS*

**Ex. B-1(a): Plaintiff's Copyright Comparison Chart – *The Simpsons***

| Plaintiff's Intellectual Property | Defendants' Infringing Use |
|---|---|
| Apu Nahasapeemapetilon<br><br>VA 2-191-516 | Source: Complaint, Ex. 7-B at p.1<br><br>Apparel sold on Defendants' Etsy shop depicting Apu Nahasapeemapetilon |
| Barney Gumble<br><br>VA 2-191-516 | Source: Complaint, Ex. 15-B at p.1<br><br>Exterior photo backdrop depicting Barney Gumble at Moe's Tavern Pop-Up |
| Bart Simpson<br><br>VA 2-191-516 | Source: Complaint, Ex. 9<br><br>Interior décor depicting Bart Simpson at Moe's Tavern Pop-Up |

**Ex. B-1(a): Plaintiff's Copyright Comparison Chart – *The Simpsons* [cont'd.]**

| Plaintiff's Intellectual Property | Defendants' Infringing Use |
|---|---|
| Carl Carlson<br>VA 2-191-516 | Source: Complaint, Ex. 5 at p.5<br>Exterior photo backdrop depicting Carl Carlson at Moe's Tavern Pop-Up |
| Duff Beer<br>VA 2-315-864 | Source: Complaint, Ex. 4-C at p.2<br>Interior décor depicting a Duff flag at Moe's Tavern Pop-Up; promoted on Defendants' social media |
| Duffman<br>VA 2-191-516 | Source: Complaint, Ex. 5 at p.3<br>Image depicting a costumed character at Moe's Tavern Pop-Up; promoted on Defendants' social media |

**Ex. B-1(a): Plaintiff's Copyright Comparison Chart –** *The Simpsons* **[cont'd.]**

| Plaintiff's Intellectual Property | Defendants' Infringing Use |
|---|---|
| Flaming Moe's Sign  PA 522-845 |  Source: Complaint, Ex. 9-A at p.1  Interior décor depicting a replica of the Flaming Moe's neon sign at Moe's Tavern Pop-Up |
| Homer Simpson  VA 2-191-516 |  Source: Complaint, Ex. 5 at p.7  Exterior photo backdrop depicting Homer Simpson at Moe's Tavern Pop-Up |
| "I choo- choo- choose you" Valentine  PA 728-091 |  Source: Complaint, Ex. 15-B at p.1  Exterior photo backdrop depicting "I choo- choo- choose you" Valentine at Moe's Tavern Pop-Up |

**Ex. B-1(a): Plaintiff's Copyright Comparison Chart – *The Simpsons* [cont'd.]**

| Plaintiff's Intellectual Property | Defendants' Infringing Use |
|---|---|
| Kang and Kodos  VA 2-191-516 |  Source: Complaint, p.10<br><br>Poster depicting Kang and Kodos promoting Moe's Tavern Pop-Up events |
| Krusty the Clown  VA 2-191-516  VA 1-984-147  VA 1-984-147 |  Source: Complaint, Ex. 9-A at p.1<br><br>Interior décor depicting a Krusty Burger food station at Moe's Tavern Pop-Up<br><br> Source: Complaint, Ex. 9-A at p.1<br><br>Interior décor depicting a three-dimensional replica of Krusty the Clown at Moe's Tavern Pop-Up<br><br> Source: Complaint, Ex. 7-B at p.1<br><br>Apparel sold on Defendants' Etsy shop depicting Krusty the Clown |

**EX. B-1(a): PLAINTIFF'S COPYRIGHT COMPARISON CHART – *THE SIMPSONS* [CONT'D.]**

| PLAINTIFF'S INTELLECTUAL PROPERTY | DEFENDANTS' INFRINGING USE |
|---|---|
| Krusty's Non-Narkotik Kough Syrup<br><br>PA 522.845 | Source: Complaint, Ex. 5 at p.2<br><br>Image depicting Krusty's Non-Narkotik Kough Syrup used at Moe's Tavern Pop-Up; promoted on Defendants' social media |
| Lenny Leonard<br><br>VA 2-191-516 | Source: Complaint, Ex. 5 at p.7<br><br>Exterior photo backdrop depicting Lenny Leonard at Moe's Tavern Pop-Up |
| Lisa Simpson<br><br>VA 2-191-516 | Source: Complaint, Ex. 15-C at p.1<br><br>Infringing Goods depicting Lisa Simpson, sold at Moe's Tavern Pop-Up |

**Ex. B-1(a): Plaintiff's Copyright Comparison Chart – *The Simpsons* [cont'd.]**

| Plaintiff's Intellectual Property | Defendants' Infringing Use |
|---|---|
| Maggie Simpson<br><br>VA 2-191-516 | Source: Complaint, Ex. 9-C at p.1<br>Interior décor depicting Maggie Simpson at Moe's Tavern Pop-Up |
| Marge Simpson<br><br>VA 2-191-516 | Source: Complaint, Ex. 15-C at p.1<br>Infringing Goods depicting Marge Simpson, sold at Moe's Tavern Pop-Up |
| Mayor Quimby<br><br>VA 2-191-516 | Source: Complaint, Ex. 8-J at p.1<br>Interior décor depicting Mayor Quimby at Moe's Tavern Pop-Up |

**Ex. B-1(a): Plaintiff's Copyright Comparison Chart – *The Simpsons* [cont'd.]**

| Plaintiff's Intellectual Property | Defendants' Infringing Use |
|---|---|
| Moe Szyslak  VA 2-191-516 |  Source: Complaint, Ex. 9-A at p.1 <br> Interior décor depicting Moe Szylak at Moe's Tavern Pop-Up |
| Moe's Tavern Exterior  VA 2-191-516 |  Source: Complaint, p.10 <br> Exterior facade of Defendants' unauthorized Moe's Tavern Pop-Up |
| Moe's Tavern Interior  PA601-1 |  Source: Complaint, Ex. 8-A at p.1 <br> Interior of Moe's Tavern Pop-Up |

**Ex. B-1(a): Plaintiff's Copyright Comparison Chart – *The Simpsons* [cont'd.]**

| PLAINTIFF'S INTELLECTUAL PROPERTY | DEFENDANTS' INFRINGING USE |
|---|---|
| Moe's Tavern Interior Elements | Moe's Tavern Pop-Up Interior Elements |
| "Beer is the Answer" Sign  PA 522-250 |  Source: Complaint, Ex. 8-F at p.1<br>Interior décor depicting a replica "Beer is the Answer" neon sign at Moe's Tavern Pop-Up |
| "Homer Peering Through Window"  PA 522-845 |  Source: Complaint, Ex. 8-A at p.1<br>Interior décor depicting "Homer Peering Through Window" at Moe's Tavern Pop-Up |
| Jar of Pickled Eggs  PA 1-251-05 |  Source: Complaint, Ex. 15-B p.2<br>Interior décor depicting a jar of pickled eggs at Moe's Tavern Pop-Up |

**Ex. B-1(a): Plaintiff's Copyright Comparison Chart – *The Simpsons* [cont'd.]**

| Plaintiff's Intellectual Property | Defendants' Infringing Use |
|---|---|
| Moe's Tavern Interior Elements [cont'd.] <br><br> "Love Tester" <br>  <br> PA 522845 | Moe's Tavern Pop-Up Interior Elements [cont'd.] <br><br>  <br> Source: Complaint, Ex. 8-E at p.1 <br> Interior décor depicting the "Love Tester" at Moe's Tavern Pop-Up |
| Pool Table <br>  <br> PA 766-386 |  <br> Source: Complaint, Ex. 8-A at p.1 <br> Interior décor depicting a pool table at Moe's Tavern Pop-Up |
| Springfield Sports Teams Wall Pennants <br>  <br> PA 1-251-051 |  <br> Source: Complaint, Ex. 8-G at p.1 <br> Interior décor depicting sports teams wall pennants at Moe's Tavern Pop-Up |

| Plaintiff's Intellectual Property | Defendants' Infringing Use |
|---|---|
| Montgomery Burns  VA 2-191-516 |  Source: Complaint, Ex. 7-B at p.4<br>Apparel sold on Defendants' Etsy shop depicting Montgomery Burns |
| The Nag and Weasel  PA 1-251-051 |  Source: Complaint, Ex. 13 at p.1<br>Exterior photo backdrop depicting The Nag and Weasel at Moe's Tavern Pop-Up |
| Phineas Q. Butterfat's Ice Cream Parlor  PA 522-200 |  Source: Complaint, Ex. 13 at p.2<br>Exterior photo backdrop depicting Phineas Q. Butterfat's Ice Cream Parlor at Moes Tavern Pop-Up |

**Ex. B-1(a): Plaintiff's Copyright Comparison Chart –** *The Simpsons* **[cont'd.]**

| Plaintiff's Intellectual Property | Defendants' Infringing Use |
|---|---|
| Principal Skinner  VA 2-191-516 |  Source: Complaint, Ex. 5 at p.4<br>Image depicting Principal Skinner; featured on Defendants' social media |
| Sideshow Bob  VA 2-191-516 |  Source: Complaint, Ex. 5 at p.7<br>Image depicting a "Sideshow Bob" costumed character at Moe's Tavern Pop-Up; featured on Defendants' social media |
| Spider-Pig  PA 1-382-125 |  Source: Complaint, Ex. 9-D at p.1<br>Interior décor depicting a three-dimensional Spider-Pig photo backdrop at Moe's Tavern Pop-Up |

**Ex. B-1(a): Plaintiff's Copyright Comparison Chart – *The Simpsons* [cont'd.]**

| Plaintiff's Intellectual Property | Defendants' Infringing Use |
|---|---|
| Uncle Moe's Family Feedbag  PA 766-385 | Source: Complaint, Ex. 13 at p. 2<br><br>Exterior photo backdrop depicting Uncle Moe's Family Feedbag at Moe's Tavern Pop-Up |

# EXHIBIT B-1(b)
## PLAINTIFF'S COPYRIGHT COMPARISON CHART – *BOB'S BURGERS*

**Ex. B-1(b): Plaintiff's Copyright Comparison Chart – *Bob's Burgers***

| PLAINTIFF'S INTELLECTUAL PROPERTY | DEFENDANTS' INFRINGING USE |
|---|---|
| Bob Belcher<br>VA 2-119-315 | Source: Complaint, Ex. 16-A at p. 1<br>Image used to advertise Defendants' expanded Infringing Services |
| Bob's Burgers<br>VA 2-119-315 | Source: Complaint Ex. 16-B at pg. 1<br>Image used to advertise Defendants' expanded Infringing Services |
| Gene Belcher<br>VA 2-119-315 | Source: Complaint, Ex. 16-A at p. 1<br>Image used to advertise Defendants' expanded Infringing Services |
| Linda Belcher<br>VA 2-119-315 | Source: Complaint, Ex. 16-A at p. 1<br>Image used to advertise Defendants' expanded Infringing Services |

Ex. B-1(b): Page 1 of 2

**E<small>X</small>. B-1(b): P<small>LAINTIFF'S</small> C<small>OPYRIGHT</small> C<small>OMPARISON</small> C<small>HART</small> – B<small>OB'S</small> B<small>URGERS</small> [<small>CONT'D</small>.]**

| P<small>LAINTIFF'S</small><br>I<small>NTELLECTUAL</small> P<small>ROPERTY</small> | D<small>EFENDANTS'</small> I<small>NFRINGING USE</small> |
|---|---|
| Louise Belcher<br><br>VA 2-119-315 | Source: Complaint, Ex. 16-A at p. 1<br><br>Image used to advertise Defendants' expanded Infringing Services |
| Tina Belcher<br><br>VA 2-119-315 | Source: Complaint, Ex. 16-A at p. 1<br><br>Image used to advertise Defendants' expanded Infringing Services |