# EXHIBIT B-2
## PLAINTIFF'S TRADEMARK COMPARISON CHART

# EXHIBIT B-2(a)
## PLAINTIFF'S TRADEMARK COMPARISON CHART – *THE SIMPSONS*

**Ex. B-2(a): Plaintiff's Trademark Comparison Chart - *The Simpsons***

| PLAINTIFF'S INTELLECTUAL PROPERTY | DEFENDANTS' INFRINGING USE |
|---|---|
| DUFF<br><br>Reg. No. 3486187<br>Class 032<br><br>Reg. No. 4566718<br>Class 032 | Source: Complaint, Ex. 4-C at p.2<br><br>Image depicting a Duff flag to promote beer sold at Moe's Tavern Pop-Up; advertised on Defendants' social media |
| KRUSTY BURGER<br>Reg. No. 5099931<br>Class 043 | Source: Complaint, Ex. 9-A at p.2<br><br>Interior décor depicting a Krusty Burger food and beverage station at Moe's Tavern Pop-Up |
| KRUSTY BURGER<br>Reg. No. 5099932<br>Class 030 | Source: Complaint, Ex. 9-A at p.1<br><br>Interior décor depicting Krusty Burger signage above the food and beverage station at Moe's Tavern Pop-Up |

**Ex. B-2(a): Plaintiff's Trademark Comparison Chart - *The Simpsons***

| PLAINTIFF'S INTELLECTUAL PROPERTY | DEFENDANTS' INFRINGING USE |
|---|---|
| THE SIMPSONS<br><br>Reg. No. 1773051<br>Class: 025<br><br>Reg. No. 5311562<br>Class: 018 | Source: Complaint, Ex. 4-A at p.5<br>Image depicting use of Plaintiff's Word Mark to advertise Moe's Tavern Pop-Up on Defendants' social media<br><br>Source: Complaint, Ex. 4-A at p.6<br>Image depicting use of Plaintiff's Word Mark to advertise Moe's Tavern Pop-Up on Defendants' social media |

# EXHIBIT B-2(b)

## PLAINTIFF'S TRADEMARK COMPARISON CHART – *BOB'S BURGERS*

**Ex. B-2(b): Plaintiff's Trademark Comparison Chart – *Bob's Burgers***

| PLAINTIFF'S INTELLECTUAL PROPERTY | DEFENDANTS' INFRINGING USE |
|---|---|
| BOB'S BURGERS<br><br>Reg. No. 4254298<br>Class 009<br><br>Reg. No. 4351191<br>Class 025<br><br>Reg. No. 3926694<br>Class 041 | <br>Source: Exhibit 16<br><br>Image depicting use of Plaintiff's Word Mark to advertise the Bob's Burgers Pop-Up on Defendants' social media |