## **CERTIFICATE OF SERVICE**

I, Hara K. Jacobs, hereby certify that on March 26, 2025 I caused a true and correct copy of the foregoing Motion for Default Judgment to be served upon Defendants JMC Pop Ups LLC, Joseph McCullough, and Samantha Shutter through first-class mail, postage prepaid, at the following addresses:

JMC Pop Ups LLC
38 Carriage Drive,
Media, PA 19063

Joseph McCullough
38 Carriage Drive,
Media, PA 19063

Samantha Shutter
801 Yale Avenue, Apt 721
Swarthmore, PA 19081

*/s/ Hara K. Jacobs*
Hara K. Jacobs